IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00573-AP

MARILYN LANE,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Elliot Bloodsworth, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
Telephone: 970-247-4411
elliot.bloodsworth@dawesandharriss.com

For Defendant:

WILLIAM J. LEONE
United States Attorney
KURT J. BOHN
Assistant U.S. Attorney
DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-1570
debra..meachum@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.    **Date Complaint Was Filed:** 3/28/06
   B.    **Date Complaint Was Served on U.S. Attorney's Office:** 4/23/06
   C.    **Date Answer and Administrative Record Were Filed**: 6/23/06

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states the record is not complete, she will be submitting additional evidence to the court for its consideration, and the evidence will be addressed in the parties' briefs.  A copy of such evidence was sent, via facsimile, to Defendant's counsel prior to the filing of this Joint Case Management Plan.

Defendant states, to the best of their knowledge, that the record, as certified, is complete, and that she will address in her brief the additional evidence Plaintiff intends to submit to the court.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff intends to submit additional evidence to the court.  A copy of such evidence was sent, via facsimile, to Defendant's counsel prior to the filing of this Joint Case Management Plan.
Defendant will not submit additional evidence, and will address in her response brief the additional evidence Plaintiff intends to submit to the court.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 30 days after the filing of this Joint Case Management Plan, as follows:

A.     **Plaintiff's Opening Brief Due:**  August 22, 2006
B.     **Defendant's  Response Brief Due:**   September 22, 2006
C.     **Plaintiff's  Reply Brief (If Any) Due:** October 9, 2006

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff does not request oral argument.
Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.     **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
B.     **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that  the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 13th day of July, 2006.

            BY THE COURT:

             S/John L. Kane
            U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Elliot Bloodsworth, Esq. 7/13/06 | WILLIAM J. LEONE<br>UNITED STATES ATTORNEY |
| Elliot Bloodsworth, Esq.<br>Dawes and Harriss, P.C.<br>572 East Third Avenue<br>Durango, CO 81301<br>Telephone: 970-247-4411<br>elliot.bloodsworth@dawesandharriss.com | KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov |
| Attorney for Plaintiff | s/Debra J. Meachum 7/13/06<br>By: Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant. |

APPROVED:

s/Elliot Bloodsworth, Esq. 7/13/06

Elliot Bloodsworth, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
Telephone:  970-247-4411
elliot.bloodsworth@dawesandharriss.com

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

KURT J. BOHN
Assistant U.S. Attorney
kurt.bohn@usdoj.gov

s/Debra J. Meachum 7/13/06
By: Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov
Attorneys for Defendant.