# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00573-AP

MARILYN LANE,

                        Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

                     Defendant.

_____

# ORDER

_____

The Court received and adopts the parties' Stipulated Motion For Attorney Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412.

IT IS HEREBY ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $3,500.00,  to be made payable to Plaintiff, Marilyn Lane, and mailed to Elliot Bloodsworth, Plaintiff's counsel.

DATED this 20th day of September, 2007.

BY THE COURT:


s/ Edward W. Nottingham
Chief United States District Judge